| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

October 10, 2020
To:   Helper Denis
Re:  **801 Krebs ln update at 6:15 pm**
Sir,
I humbly submit the following information for your review:

- This letter from Danny Crego was faxed to Pastor Pilkington's old fax number which I am using
- I let Pastor Pilkington know and he shared Bro Fryar and Bro Derby received the same letter by text

From:

RECEIVED 04/23/2017 07:17AM
RECEIVED 10/10/2020 06:17PM
10/10/2020 16:06    #410

To Whom it May Concern,

This is Danny A. Crego, the owner of 801 Krebs Lane, Hinesville, Georgia 31313. The purpose of this letter is to inform you that you have 72 hours/3 days to respond to be vacant from the property. The current tenant, Randy Gibbs, does not need to vacate the property; however, all payments and processes with Governor's Management under control House of Payer a.k.a. Rony Denis is to cease. I have notified the local police department to monitor the residence for vandalism and theft. I have federal authorities of your method of seduction of procuring my name for this house without proper knowledge. I will be sending someone to the property next week to take pictures of the inside and outside of the property and to change the locks if the tenant is vacated. A new lease will be created an authorized by Friday, October 16, 2020. If Randy Gibbs chooses to remain in the property with the renal amount of $1000.00. You may reach me at cregodanny@gmail.com or (208) 487-6901.

Sincerely,

*Danny Crego* 10/10/20

Danny A. Crego