| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

```
DOC# 006948
FILED IN OFFICE
10/14/2020    11:59 AM
BK:2107   PG:723-723
LINDA DIXON THOMPSON
CLERK OF SUPERIOR
COURT
LIBERTY COUNTY
```

## GENERAL POWER OF ATTORNEY

**COUNTY OF LIBERTY**

**STATE OF GEORGIA**

I, **DANNY A CREGO**, (hereinafter "Principal"), a resident of San Diego, CA, do hereby constitute and appoint **ANTHONY OLOANS**, of Liberty County, Georgia, my true and lawful attorney-in-fact (hereinafter "Agent") for me and give such person the power(s) specified below to act in my name, place, and stead in any way which I, myself, could do if I were personally present with respect to the following matters:

1. To lease, sell, use, establish title to, register, insure, transfer, mortgage, maintain, manage, pledge, exchange or otherwise dispose of or encumber any and all of my property, real, personal, or mixed, including motor vehicles of any kind, and to execute and deliver good and sufficient deeds or other instruments for the lease, conveyance, mortgage, maintenance, or transfer of the same.

2. To buy, receive, lease, accept or otherwise acquire in my name and for my account, property, , real, personal or mixed upon such terms, considerations and conditions as my said attorney -in-fact shall deem appropriate.

3. To transact all business of mine on my behalf including entering into contracts and the making of such investments as my attorney shall deem sound.

4. To institute and prosecute, or to appear and defend, any claims or litigation involving me or my interest. This shall include, but not be limited to, the authority to present a claim against the United States for damage to or loss of personal property.

5. To demand, act to receive, all sums of money which are now or will become owing or or belonging to me, and to institute accounts on my behalf and to deposit, draw upon or expend such funds of mine as are necessary in furtherance of the powers granted herein. This shall include, buy not be limited to, the authority to receive, endorse, cash, or deposit negotiable instruments made payable to me and draw upon the Treasurer, or other fiscal officer or depository of the United States or any state, possession, or territory of the United States.

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date, **January 30, 2014**.

_____ (witness)

_Kevin McCollum_ (print)

_____
DANNY A CREGO

STATE OF GEORGIA

COUNTY OF LIBERTY

Subscribed, sworn to and acknowledged before me by **OMAR A. GARCIA** on January 30, 2014.

(Sign) _____

(Print) _Omar R Garcia_
NOTARY PUBLIC

My commission expires: _05/09/2017_

[Notary Seal: OMAR A. GARCIA, NOTARY, Comm. Exp. 05/09/17, PUBLIC, LIBERTY COUNTY, GA]

Liberty County Clerk of Court
Received

OCT 14 2020

```
DOC# 006949
10/14/2020     11:59 AM
BK:2107  PG:724-724
LINDA DIXON THOMPSON
CLERK OF SUPERIOR
COURT
LIBERTY COUNTY
PT61-089-2020-2187
```

## QUIT-CLAIM DEED

**STATE OF GEORGIA**

**COUNTY OF LIBERTY**

**THIS INDENTURE**, made the 14th day of October in the year 2020, between **DANNY A. CREGO**, of the County of Liberty, and the State of Georgia, as party or parties of the first part, hereinafter called Grantor, and **LILLIA CREGO** of the County of Liberty, and the State of Georgia, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

**WITNESSETH** that Grantor, for and in consideration of the sum of One Dollars ($1.00) and other valuable consideration, cash in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged by these presents does hereby remise, convey and forever QUIT-CLAIM unto said Grantee,

> All that certain lot, tract or parcel of land situate, lying and being in the 17th G.M. District of Liberty County, Georgia, being known and designated as Lot No. 30, Deer Run Estates on that certain plat of survey made and prepared by Joe P. Davis, Georgia Registered Land Surveyor No. 1436, dated August 24, 1995, and being recorded in Plat Section J-91, page 2, in the Office of the Clerk of Superior Court of Liberty County, Georgia. Said plat is incorporated herein by reference thereto for descriptive and all other purposes. Said lot of land being bounded, now or formerly, as follows: Northeasterly by Lot 31, Easterly by the right-of-way of Krebs lane, southerly by property of the Crab house and by property of Soap Box, Inc, and westerly by Lot No 1, all as shown on the above referred to plat of survey.
>
> Also Known as: 801 Krebs Ln, Hinesville, Georgia, 31313

TO HAVE AND TO HOLD the said described premises to Grantee, so that neither Grantor nor any persons claiming under Grantor shall at any time, by any means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

_____
**DANNY A. CREGO**
BY ANTHONY OLOANS
HIS ATTORNEY IN FACT

Signed, sealed and delivered in the presence of:

_____
Witness (sign)

Whitney Drake
Witness (print)

_____
Notary Public

My Commission Expires: 4/21/2024

(SEAL)

Liberty County Clerk of Court
Received

OCT 14 2020

By _____ 11:54 AM