| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

4855272162
PARTICIPANT ID

**BK:2129 PG:120-120**

**D2021001019**

FILED IN OFFICE
CLERK OF COURT
02/05/2021 09:50 AM
LINDA DIXON THOMPSON, CLERK
SUPERIOR COURT
LIBERTY COUNTY, GA

*Linda Dixon Thompson*

**PT-61 089-2021-000308**

Thomas J. McNamara
*Attorney at Law*
7370 Hodgson Memorial Drive
Suite B-11
Savannah, GA 31406

## QUIT-CLAIM DEED

STATE OF GEORGIA

COUNTY OF LIBERTY

THIS INDENTURE, made the 26th day of October in the year 2020, between LILLIA CREGO, of the County of Liberty, and the State of Georgia, as party or parties of the first part, hereinafter called Grantor, and CENTEX MANAGEMENT LLC of the County of Liberty, and the State of Georgia, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH that Grantor, for and in consideration of the sum of One Dollars ($1.00) and other valuable consideration, cash in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged by these presents does hereby remise, convey and forever QUIT-CLAIM unto said Grantee,

> All that certain lot, tract or parcel of land situate, lying and being in the 17th G.M. District of Liberty County, Georgia, being known and designated as Lot No. 30, Deer Run Estates on that certain plat of survey made and prepared by Joe P. Davis, Georgia Registered Land Surveyor No. 1436, dated August 24, 1995, and being recorded in Plat Section J-91, page 2, in the Office of the Clerk of Superior Court of Liberty County, Georgia. Said plat is incorporated herein by reference thereto for descriptive and all other purposes. Said lot of land being bounded, now or formerly, as follows: Northeasterly by Lot 31, Easterly by the right-of-way of Krebs lane, southerly by property of the Crab house and by property of Soap Box, Inc, and westerly by Lot No 1, all as shown on the above referred to plat of survey.
>
> Also Known as: 801 Krebs Ln, Hinesville, Georgia, 31313

TO HAVE AND TO HOLD the said described premises to Grantee, so that neither Grantor nor any persons claiming under Grantor shall at any time, by any means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

Title not examined nor certified
by Cervenas

*Lillia Crego*
LILLIA CREGO

Signed, sealed and delivered in the presence of:

*(signature)*
Witness (sign)

Randy Gibbs
Witness (print)

*(signature)*
Notary Public

My Commission Expires: 3/28/21

(SEAL)