| EXHIBIT NO. |
| --- |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

| Date | Street Address | County | Grantor (First Name) | Grantor (Last Name) | Power of Attorney for Grantor | Grantee (First Name) | Grantee (Last Name) | Power of Attorney for Grantee |
|---|---|---|---|---|---|---|---|---|
| 7/8/2005 | 726 Bradwell St | Liberty | Rony | Denis | Anthony Oloans | Frederick | Irwin, III | |
| 7/26/2005 | 22 Tyson Lane | Liberty | Priscilla | Bercini | Anthony Oloans | Fred | Irwin | |
| 8/31/2005 | 608 Georgia Ave | Liberty | Rony | Denis | Anthony Oloans | Roscoe | Stanley, Jr. | |
| 9/12/2005 | 107 Cedar St | Liberty | Rony | Denis | Anthony Oloans | Jacqueline | Ivy | |
| 9/14/2005 | 709 Robin Hood Dr | Liberty | Rony | Denis | Anthony Oloans | John | Rodriguez | David Reip |
| 9/23/2005 | 124 Fletcher Rd | Liberty | Rony | Denis | Anthony Oloans | Jaime | Rodriguez | David Reip |
| 9/30/2005 | 36 NE John Gibson Ct | Long | Rony | Denis | Anthony Oloans | Jeffrey | Derby | David Reip |
| 10/6/2005 | 906 Highland Dr | Liberty | Gerard | Robertson | Anthony Oloans | Louanne | Bellamy | Anthony Oloans |
| 10/26/2005 | 2033 Andover CT | Liberty | Tony | Davis | Anthony Oloans | Rony | Denis | |
| 12/2/2005 | 1344 Forest Lake Dr | Liberty | Jeffrey | Derby | Anthony Oloans | Todd | Retzlaff | |
| 1/24/2006 | 832 Ridgewood Way | Liberty | Jimmy | Laurence | Anthony Oloans | Frederick | Irwin | |
| 1/25/2006 | 410 Deerwood Rd | Liberty | David | Huff | Anthony Oloans | John | Rodriguez | |
| 1/31/2006 | 728 Timber Ridge | Liberty | Mario | Brown | Anthony Oloans | Obed | Muniz | |
| 2/1/2006 | 707 Madison Dr | Liberty | Rony | Denis | Anthony Oloans | Obed | Muniz | David Reip |
| 2/15/2006 | 1336 Forest Lake Dr | Liberty | Rony | Denis | Anthony Oloans | Todd | Retzlaff | |
| 2/15/2006 | 1407 Desert Storm Dr | Liberty | Rony | Denis | Anthony Oloans | Eduardo | Vasquez | Dennis Nostrant |
| 3/15/2006 | 127 NE Shayna Drive | Long | Rony | Denis | Anthony Oloans | David | Huff | |
| 3/20/2006 | 1112 Ricade Dr | Liberty | John | Rodriguez | Anthony Oloans | Brandon | Subia | Joseph Fryar |
| 3/31/2006 | 943 Wedgewood Way | Liberty | Gerard | Robertson | Anthony Oloans | Devon | Bennett | Dennis Nostrant |
| 4/4/2006 | 804 Thrasher Ct | Liberty | Gerard | Robertson | Anthony Oloans | Arder | Chong | Dennis Nostrant |
| 4/28/2006 | 800 Trawind Ct | Liberty | Rony | Denis | Anthony Oloans | Obed | Muniz | David Reip |
| 5/26/2006 | 221 Slayton Circle | Liberty | Gerard | Robertson | Anthony Oloans | Olugbenga | Awe | |
| 5/31/2006 | 222 Chandra Way | Liberty | David | Reip | Anthony Oloans | Luke | Lawhon | |
| 7/17/2006 | 146 Fletcher Rd | Liberty | Rony | Denis | Anthony Oloans | Lee | Goodman | Dennis Nostrant |
| 9/15/2006 | 900 Churchfield Dr | Liberty | Rony | Denis | Anthony Oloans | Roy | Lopez | Dennis Nostrant |
| 12/22/2006 | 616 S Main St | Liberty | Marjorie | Denis | Anthony Oloans | Jaime | Rodriguez | Dennis Nostrant |
| 12/27/2006 | 821 Ridgewood Way | Liberty | Rony | Denis | Anthony Oloans | Randy | Lopez | |
| 1/5/2007 | 229 Slayton Circle | Liberty | Frederick | Irwin | Anthony Oloans | Leyla | Escudero | |
| 2/13/2007 | 811 Cutter Ct Unit B | Liberty | Rony | Denis | Anthony Oloans | Joseph | Breen | Dennis Nostrant |
| 2/14/2007 | 103 Layton St | Liberty | Rony | Denis | Anthony Oloans | Keith | Wright | Dennis Nostrant |
| 2/23/2007 | 402 Willow Oak Dr | Liberty | Frederick | Irwin | Anthony Oloans | Darnell | Emanuel | Dennis Nostrant |
| 2/23/2007 | 633 Windhaven Dr | Liberty | Rony | Denis | Anthony Oloans | Jaime | Rodriguez | Dennis Nostrant |
| 2/28/2007 | 530 Forest St | Liberty | Joseph | Breen | Anthony Oloans | Rony | Denis | |
| 4/30/2007 | 608 Sandy Run Dr | Liberty | James | Benton | Anthony Oloans | Sheldon | Walford | |
| 5/4/2007 | 1066 Keith Dr | Liberty | Rafael | Ramos | Anthony Oloans | Marjorie | Denis | |
| 5/9/2007 | 274 NE Shayna Dr | Long | James | Benton | Anthony Oloans | Irene | Vazquez | |
| 7/17/2007 | 1448 Enterprise Dr | Liberty | Rony | Denis | Anthony Oloans | John | Rodriguez | Dennis Nostrant |
| 7/27/2007 | 1095 Live Oak Dr | Liberty | Gerard | Robertson | Anthony Oloans | James | Lane | Dennis Nostrant |
| 8/31/2007 | 930-B Live Oak Dr | Liberty | Alexander | Schmidtke | Anthony Oloans | Marjorie | Denis | |
| 9/12/2007 | 36 Pheasant Way | Liberty | Rony | Denis | Anthony Oloans | Scott | Dinse | |
| 9/28/2007 | 1010 Farr Ct | Liberty | Gerard | Robertson | Anthony Oloans | Scott | Dinse | Dennis Nostrant |
| 11/8/2007 | 1108 Ricade Dr | Liberty | Rafael | Ramos | Anthony Oloans | Scott | Dinse | |

| Date | Address | City | First | Last | Notary | First2 | Last2 | Witness |
|---|---|---|---|---|---|---|---|---|
| 12/20/2007 | 213 Garden Circle | Liberty | Marjorie | Denis | Anthony Oloans | Joseph | Fryar | |
| 12/28/2007 | 630 Windhaven Dr | Liberty | Rony | Denis | Anthony Oloans | Kekoa | Fotu | Dennis Nostrant |
| 1/18/2008 | 600 Demere St | Liberty | Arder | Chong | Anthony Oloans | Jesse | Hertach | Dennis Nostrant |
| 1/29/2008 | 843 N. Brickyard Rd | Liberty | Marjorie | Denis | Anthony Oloans | David | Pregibon | Dennis Nostrant |
| 3/7/2008 | 242 Garden Circle | Liberty | Terry | Heard | Anthony Oloans | Mario | Brown | John Rodriguez |
| 3/18/2008 | 614 Demere St | Liberty | John | Rodriguez | Anthony Oloans | Mario | Brown | Anthony Oloans |
| 3/21/2008 | 711 Charlotte Ct | Liberty | Roscoe | Stanley | Anthony Oloans | David | Pregibon | |
| 3/25/2008 | 1316 Tower Dr | Liberty | Marjorie | Denis | Anthony Oloans | Terry | Heard | John Rodriguez |
| 3/31/2008 | 611 Olive St | Liberty | Mario | Brown | Anthony Oloans | Noah | McKinnon | |
| 5/27/2008 | 501 Eisenhower Dr | Liberty | Roscoe | Stanley | Anthony Oloans | Casonia | Fryar | |
| 5/29/2008 | 246 N Maple Dr | Liberty | Devon | Bennett | Anthony Oloans | Alexander | Schmidtke | John Rodriguez |
| 5/30/2008 | 728 Whit Fraser Road | Long | Marjorie | Denis | Anthony Oloans | Alexander | Schmidtke | John Rodriguez |
| 6/13/2008 | 226 Slayton Cir | Liberty | Frederick | Irwin | Anthony Oloans | Casonia | Fryar | Joseph Fryar |
| 6/13/2008 | 745 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Dennis | Nostrant | |
| 6/17/2008 | 109 Ali Avenue | Liberty | Christopher | Barnes | Anthony Oloans / John Rc | Jeffrey | Derby | |
| 6/18/2008 | 615 Palmetto Trace | Liberty | Marjorie | Denis | Anthony Oloans | Dennis | Nostrant | |
| 7/11/2008 | 613 Georgia Ave | Liberty | Marjorie | Denis | Anthony Oloans | Casonia | Fryar | |
| 7/31/2008 | 626 Fleming Rd | Liberty | Rony | Denis | Anthony Oloans | Sarah | Derby | |
| 9/22/2008 | 828 Jacks Hills Rd | Liberty | Joseph | Breen | Anthony Oloans | Matthew | Reese | |
| 9/23/2008 | 562 SE Jefferson Circle | Long | Marjorie | Denis | Anthony Oloans | Terry | Heard | John Rodriguez |
| 10/6/2008 | 617 Palmetto Trace | Liberty | Marjorie | Denis | Anthony Oloans | John | Rodriguez | |
| 10/10/2008 | 722 Madison St | Liberty | Terry | Heard | Anthony Oloans | Keshia | Laurence | Anthony Oloans |
| 11/3/2008 | 1940 Bluestone Loop | Liberty | Gerard | Robertson | Anthony Oloans | Jesse | Hertach | |
| 11/18/2008 | 1283 Eddie Ln | Liberty | Rony | Denis | Anthony Oloans | Joseph | Fryar | |
| 11/26/2008 | 403 Patton Rd | Liberty | Marjorie | Denis | Anthony Oloans | Keshia | Laurence | |
| 12/19/2008 | 649 Eagan Rd | Liberty | Arder | Chong | Anthony Oloans | David | Huff | |
| 1/15/2009 | 241 Pointe South Dr | Liberty | John | Rodriguez | Anthony Oloans | David | Reip | |
| 2/6/2009 | 562 SE Jefferson Circle | Long | Terry | Heard | Anthony Oloans | Michael | Price | |
| 3/20/2009 | 930-B Live Oak Dr | Liberty | Marjorie | Denis | Anthony Oloans | Joseph | Breen | |
| 4/2/2009 | 518 Stewart Dr | Liberty | John | Rodriguez | Anthony Oloans | Herbert | Johnson | |
| 4/3/2009 | 722 Madison St | Liberty | Keshia | Laurence | Anthony Oloans | Kenneth | Miller | |
| 6/12/2009 | 400 Rogers Rd | Liberty | John | Rodriguez | Anthony Oloans | Jennie | Irwin | |
| 7/17/2009 | 239 Point South Dr | Liberty | Herbert | Johnson | Anthony Oloans | Samuel | Perez | |
| 8/21/2009 | 616 Franklin St | Liberty | John | Rodriguez | Anthony Oloans | Michael | Boyd | |
| 8/28/2009 | 207 Griffin Rd | Liberty | John | Rodriguez | Anthony Oloans | Yolanda | Huff | |
| 11/23/2009 | 705 Fleming Rd | Liberty | Matthew | Reese | Anthony Oloans | Randy | Bercini | |
| 12/9/2009 | 603 Palmetto St | Liberty | John | Rodriguez | Anthony Oloans | Jerome | Patterson | |
| 12/28/2011 | 3 Cherry Street | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | | |
| 12/28/2011 | 605 Georgia Ave | Liberty | Rony | Denis | Anthony Oloans | Union Park, LLC | | |
| 12/28/2011 | 634 Varnedoe St | Liberty | Rony | Denis | Anthony Oloans | Union Park, LLC | | |
| 12/28/2011 | 701 Little John Dr | Liberty | Rony | Denis | Anthony Oloans | Union Park, LLC | | |
| 12/28/2011 | 710 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | | |
| 12/28/2011 | 722 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | | |
| 12/28/2011 | 816 Lesa St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | | |
| 3/28/2016 | 309 Liberty Oak Ln | Liberty | Rony | Denis | Anthony Oloans | William | Pilkington | Anthony Oloans |
| 5/20/2016 | 608 Georgia Ave | Liberty | Roscoe | Stanley | Anthony Oloans | BCRS Enterprise, LLC | | |

| Date | Address | County | First | Last | Agent | Entity | Extra |
|---|---|---|---|---|---|---|---|
| 6/2/2017 | 710 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | |
| 6/2/2017 | 722 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | |
| 6/2/2017 | 737 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | |
| 7/7/2018 | 1113 Montclair Dr | Liberty | Joseph | Breen | Anthony Oloans | Sarah | Derby |
| 5/24/2019 | 712 Franklin St | Liberty | Devon | Bennett | Anthony Oloans | US Bank, NA | |
| 3/10/2020 | 604 Cinder Hill Dr | Liberty | Adam | Boles | Anthony Oloans | Julie | Boles |
| 12/26/2020 | 1809 Stillwood Dr | Chatham | Alexander | Schmidtke | Anthony Oloans | Brickyard Place, LLC | |
| 2/9/2021 | 221 Pointe South Dr | Liberty | David | Pregibon | Anthony Oloans | Deerwood Place, LLC | |
| 2/24/2021 | 389 Gray Fox Rd | Liberty | Gregory | Bellamy | Anthony Oloans | White Circle, LLC | |
| 3/1/2021 | 422 Rogers Rd | Liberty | Joseph | Breen | Anthony Oloans | White Circle, LLC | |
| 3/11/2021 | 1315 Loblolly Dr | Liberty | Michael | Best | Anthony Oloans | White Circle, LLC | |
| 4/9/2021 | 1314 Tower Dr | Liberty | Todd | Retzlaff | Anthony Oloans | Pineland Point, LLC | |
| 4/9/2021 | 1336 Forest Lake Dr | Liberty | Todd | Retzlaff | Anthony Oloans | Pineland Point, LLC | |
| 4/9/2021 | 1407 Desert Storm Dr | Liberty | Lucretia | Retzlaff | Anthony Oloans | Pineland Point, LLC | |
| 9/13/2021 | 710 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance Park, LLC | |
| 9/14/2021 | 722 Sharon St | Liberty | Marjorie | Denis | Anthony Oloans | Alliance G Park, LLC | |
| 9/28/2021 | 604 Cinder Hill Dr | Liberty | Julie | Boles | Anthony Oloans | Eduardo | Vazquez |
| 3/24/2022 | 800 Forest Dr | Liberty | Christy | Bradeen | Anthony Oloans | White Circle, LLC | |

107 POA