| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**U.S. Department of Justice**
Immigration and Naturalization Service (INS)

OMB #1115-0054
**Petition for Alien Relative**

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# 73 448 854 | APPROVED I.N.S. DISTRICT DIRECTOR JUN 02 1997 [signature] SEA I 8190 | 3459 094    12/13/95 16:36 |
| G-28 or Volag # | | |

Section of Law:
- ☒ 201 (b) spouse    ☐ 203 (a)(1)
- ☐ 201 (b) child     ☐ 203 (a)(2)
- ☐ 201 (b) parent   ☐ 203 (a)(4)
- ☐ 203 (a)(5)

AM CON: _____

Petition was filed on: _____ I-130 (priority date)    80.00
- ☒ Personal Interview          ☐ Previously Forwarded
- ☐ Pet. ☐ Ben. "A" File Reviewed   ☐ Stateside Criteria
- ☐ Field Investigations         ☒ I-485 Simultaneously
- ☐ 204 (a)(2)(A) Resolved       ☐ 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my    ☒ Husband/Wife   ☐ Parent   ☐ Brother/Sister   ☐ Child
2. Are you related by adoption?    ☐ Yes   ☒ No
3. Did you gain permanent residence through adoption?    ☐ Yes   ☒ No

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle)
   DENIS    Marjorie    M
2. Address (Number and Street) (Apartment Number)
   15004 WASHINGTON AVE S.W.
   (Town or City) (State/Country) (ZIP/Postal Code)
   TACOMA    WA    98498
3. Place of Birth (Town or City) (State/Country)
   ST Louis    MO
4. Date of Birth (Mo/Day/Yr)  12/25/66
5. Sex: ☐ Male  ☒ Female
6. Marital Status: ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced
7. Other Names Used (including maiden name)
   MARJORIE ROBERTSON or DAVIS
8. Date and Place of Present Marriage (if married)
   ST Louis MO Feb 20 1988
9. Social Security Number: 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
10. Alien Registration Number (if any): N/A
11. Names of Prior Husbands/Wives: Marlowe DAVIS
12. Date(s) Marriages(s) Ended: JAN 29, 1988

13. If you are a U.S. citizen, complete the following:
    My citizenship was acquired through (check one)
    ☒ Birth in the U.S.
    ☐ Naturalization (Give number of certificate, date and place it was issued)
    ☐ Parents
    Have you obtained a certificate of citizenship in your own name?
    ☐ Yes   ☒ No
    If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
    Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:
    N/A
14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?  ☐ Yes  ☒ No

## C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle)
   DENIS    Rony
2. Address (Number and Street) (Apartment Number)
   15004 WASHINGTON AVE SW
   (Town or City) (State/Country) (ZIP/Postal Code)
   TACOMA    WA    98498
3. Place of Birth (Town or City) (State/Country)
   Duvalier Ville    Haiti
4. Date of Birth (Mo/Day/Yr)  08/24/63
5. Sex: ☐ Male  ☒ Female
6. Marital Status: ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced
7. Other Names Used (including maiden name)
   NONE
8. Date and Place of Present Marriage (if married)
   ST Louis, Missouri    Feb 20, 1988
9. Social Security Number: 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
10. Alien Registration Number (if any): —
11. Names of Prior Husbands/Wives: NONE
12. Date(s) Marriages(s) Ended: —

13. Has your relative ever been in the U.S.?    ☒ Yes   ☐ No
14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
    By Sea
    Arrival/Departure Record (I-94) Number    Date arrived (Month/Day/Year)
    LOST PAPERS    9/21/1980
    Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
    N/A
15. Name and address of present employer (if any)
    Full Time Pastor
    Date this employment began (Month/Day/Year)
    Full Time Pastor
16. Has you relative ever been under immigration proceedings?
    ☐ Yes  ☒ No   Where _____ When _____
    ☐ Exclusion   ☐ Deportation   ☐ Recission   ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | 6/2/97 | | |

GJ EX2 -001
Form I-130 (Rev. 4/11/91) Y

**C. (continued) Information about your alien relative**

**16.** List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| | None | | |

**17.** Address in the United States where your relative intends to live
(Number and Street) 15004 Washington Ave S.W. (Town or City) Tacoma (State) WA 98498

**18.** Your relative's address abroad
(Number and Street) N/A (Town or City) (Province) (Country) (Phone Number)

**19.** If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:
(Name) N/A (Number and Street) (Town or City) (Province) (Country)

**20.** If filing for your husband/wife, give last address at which you both lived together:
(Name) Denis (Number and Street) 764 Bacon Rd (Town or City) Hinesville (Province) (Country) GA  From (Month) Oct (Year) 92  To (Month) Oct (Year) 95

**21.** Check the appropriate box below and give the information required for the box you checked:
☐ Your relative will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at Seattle (City) Washington (State). If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American Consulate in N/A (City) (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

**D. Other Information**

1. If separate petitions are also being submitted for other relatives, give names of each and relationship. N/A

2. Have you ever filed a petition for this or any other alien before? ☐ Yes  ☒ No
If "Yes," give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature: Marjorie M R Lewis  Date: Dec. 4, 95  Phone Number: (206) 589-6647

**Signature of Person Preparing Form if Other than Above**
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name: Rony Denis (Address): 15004 Washington (Signature): Rony Den (Date): 12/4/95

G-28 ID Number: Husband

Volag Number:

GJ EX2 -002

U.S. Department of Justice
Case 1:25-cr-00062-JRH-BKE    Document 80-11    Filed 09/18/25    Page 4 of 9
Immigration and Naturalization Service
FORM G-325A
BIOGRAPHIC INFORMATION
OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Marjorie | | | 12/25/66 | U.S. AMERICAN | A — |

ALL OTHER NAMES USED (Including names by previous marriages): Marjorie ROBERTSON or DAVIS
CITY AND COUNTRY OF BIRTH: St Louis, MO
SOCIAL SECURITY NO. (If any): 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

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | JOHNSON | MAJOR E. | JAN 23, 1936 | Memphis, TENN |
| MOTHER (Maiden name) | ROBERTSON | ARDER MAE | | Peoria, ILL (NOV 1 1940) |

| HUSBAND OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DENIS (Marjorie Robertson) | RONY | 08/24/63 | Duvalier ville, Haiti | Feb 20 1988 | St Louis MO |

FORMER HUSBANDS OR WIVES (if none, so state):

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| DAVIS | Marlowe | — | St Louis, MO SEPT 6 1986 | St Louis, MO JAN 29, 1988 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 WASHINGTON AVE SW | TACOMA | WA | PIERCE | OCT | 95 | PRESENT TIME | |
| 764 BACON RD | HINESVILLE | GA | LIBERTY | OCT | 92 | SEP | 95 |
| 5113 LAFAYE ST. | NEW ORLEANS | LA | ORLEANS | NOV | 90 | MAY | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church TACOMA, WA | Administrator | OCT | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville GA | Administrator | OCT | 92 | OCT | 95 |
| New Testament Christian Church New Orleans LA | Administrator | NOV | 90 | MAY | 92 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION
☐ STATUS AS PERMANENT RESIDENT
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT: Marjorie M.R. Denis
DATE: 12/4/95

Are all copies legible? ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | Marjorie | — | — |

Form G-325 A (Rev. 10-1-82)     (1) Ident.

GJ EX2 -003

# U.S. Department of Justice
## Immigration and Naturalization Service
### BIOGRAPHIC INFORMATION

FORM G-325A   OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | MALE / FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Marjorie | | FEMALE | 12/25/66 | U.S. American | A — |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| Marjorie Robertson, Davis | St Louis, MO | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | JOHNSON | MAJOR E. | JAN 23, 1936 | Memphis, TENN |
| MOTHER (Maiden name) | ROBERTSON | ARDER MAE | | Peoria, ILL (NOV 1940) |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DENIS ~~Marjorie Robertson~~ | RONY | 08/24/63 | Duvalierville HAITI | Feb 20 1988 | St Louis MO |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| DAVIS | Marlowe | — | St Louis MO SEPT 6 1986 | St Louis MO JAN 29 1988 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave SW | Tacoma | WA | Pierce | Oct | 95 | PRESENT TIME | |
| 764 Bacon Rd | Hinesville | GA | Liberty | Oct | 92 | Oct | 95 |
| 5113 Lafaye St | New Orleans | LA | Orleans | Nov | 90 | May | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church Tacoma, WA | Administrator | Oct | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville GA | Administrator | Oct | 92 | Oct | 95 |
| New Testament Christian Church New Orleans | Administrator | Nov | 90 | May | 92 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT   ☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT: *Marjorie M.R. Denis*   DATE: 12/4/95

Are all copies legible? ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | Marjorie | — | — |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

Form G-325 A (Rev. 10-1-82)   (2) Rec Br.

GJ EX2 -004

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Marjorie | | | 10/15/66 | U.S. | A — |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| Marjorie Rose Emile Doris | St. Louis | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Johnson | Major E. | June 22, 1926 | |
| MOTHER (Maiden name) | Rose | Ezra | | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DENIS | Rony | 08/6/6 | Haiti | Feb 20 1988 | St Louis |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| Doris | Martine | — | St Louis MO Sept 6 1986 | St Louis MO Dec 29 1987 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH YEAR | TO MONTH YEAR |
|---|---|---|---|---|---|
| | | | | 95 | PRESENT TIME |
| | | | | | |
| | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH YEAR | TO MONTH YEAR |
|---|---|---|---|---|---|
| | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH YEAR | TO MONTH YEAR |
|---|---|---|---|
| | | | PRESENT TIME |
| | | | |
| | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION  ☐ STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT: *Marjorie M.R. Denis*    DATE: 12/4/95

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible? ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| Denis | Marjorie | | — |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

Form G-325 A (Rev. 10-1-82)    (3) C.

GJ EX2 -005

# FORM G-325A — BIOGRAPHIC INFORMATION

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER A |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | | | | |
| MOTHER (Maiden name) | | | | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | PRESENT TIME | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| | | | | PRESENT TIME | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☐ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT *Marjorie M. R. Denis* | DATE 12/4/95 |
|---|---|---|

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible? ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) OFFICE CODE: TYPE OF CASE: DATE: |
|---|---|

Form G-325 A (Rev. 10-1-82)   (4) Consul

GJ EX2 -006

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | SEX | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Marjorie | | ☒ MALE ☐ FEMALE | 12/25/66 | American U.S. | A — |

ALL OTHER NAMES USED (Including names by previous marriages): Marjorie Robertson or Davis
CITY AND COUNTRY OF BIRTH: St Louis, MO
SOCIAL SECURITY NO. (If any): 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

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | JOHNSON | MAJOR E. | Jan 23, 1936 | Memphis TENN |
| MOTHER (Maiden name) | ROBERTSON | Ander Mae | Nov 1, 1990 | Peoria, ILL |

| HUSBAND OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DENIS | Rony | 08/24/63 | Duvalier-ville, Haiti | Feb 20 1988 | St Louis, MO |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| Davis | Marlowe | | Sept 6 86, St Louis, MO | St Louis, MO Jan 29 1988 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM Month | Year | TO Month | Year |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave S.W. | Tacoma | WA | Pierce | | | PRESENT TIME | |
| 764 Bacon Rd | Hinesville | GA | Liberty | | | | |
| 5113 Lafaye St. | N. Orleans | LA | Orleans | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM Month | Year | TO Month | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM Month | Year | TO Month | Year |
|---|---|---|---|---|---|
| N.T.C.C. 15004 SW. Washington Ave | Administrator | Oct | 95 | PRESENT TIME | |
| N.T.C.C. 764 Bacon Rd Hinesville GA | Administrator | Oct | 92 | Oct | 95 |
| N.T.C.C. 948 Iroquois St N. Orleans LA | Administrator | Nov | 90 | May | 92 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION  ☐ OTHER (SPECIFY)
☒ STATUS AS PERMANENT RESIDENT

SIGNATURE OF APPLICANT: *Marjorie R. Denis*
DATE: 12/4/95

Are all copies legible? ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

COMPLETE THIS BOX (Family name): DENIS
(Given name): Marjorie
(Middle name): —
(Alien registration number): —

Form G-325 (Rev. 10-1-82) Y

GJ EX2 -007

(1) Ident.

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Marjorie | | | 12/25/66 | American | A |

ALL OTHER NAMES USED (Including names by previous marriages): Marjorie Roberson, Davis
CITY AND COUNTRY OF BIRTH: St. Louis, MO
SOCIAL SECURITY NO. (If any):

FATHER — FAMILY NAME: JOHNSON  FIRST NAME: Monroe E.  DATE, CITY AND COUNTRY OF BIRTH: Jan 23, 1936  CITY AND COUNTRY OF RESIDENCE: Memphis, TN

MOTHER (Maiden name): Roberson

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DENIS | Tony | 7/24/ | | Feb 1993 | |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| Davis | Marlowe | | Sept 86, St. Louis MO | 1988 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 1500 Washington Ave SE | | GA | USA | | | PRESENT TIME | |
| 764 | | LA | USA | | | | |
| Lafayette St | N. Orleans | LA | USA | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| W.T.C.C. 1500 Washington Ave | | | 95 | PRESENT TIME | |
| W.T.C.C. 764 | | | 93 | | 95 |
| W.T.C.C. 748 Roquette St N. Orleans LA | | | 90 | | 93 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION    ☐ OTHER (SPECIFY):
☒ STATUS AS PERMANENT RESIDENT

SIGNATURE OF APPLICANT: Marjorie M R. Denis
DATE: 12/4/95

Are all copies legible? ☒ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | Marjorie | — | — |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

Form G-325 (Rev. 10-1-82) Y

(2) Rec. BR.

GJ EX2 -008