EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

BOOK        PAGE

01357  00185

FILED
LIBERTY CO. CLERK'S OFFICE

2006 JAN -4  AM 10: 49

STATE OF GEORGIA

December 17, 2005

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

    (a) To purchase and acquire on my behalf the real estate located at:r
      **613 Georgia Ave, Hinesville GA  Lot 77 Olmstead S/D, Liberty County, Georgia**
      (See Exhibit "A" for legal description of property.)
    (b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.
    (c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
    (d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2006.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **17th day of December, 2005,**

Signed, sealed, and delivered in the presence of:

_____
**MARJORIE DENIS**

(witness)

_____
**Notary Public**

**My Comm. Expires:**

*[Notary seal: DENNIS R. NOSTRANT / NOTARY PUBLIC / Comm. Exp. 9/06/09 / LIBERTY COUNTY, GA.]*

BOOK   PAGE

**STATE OF GEORGIA**    01360 00074

FILED
LIBERTY CO. CLERK'S OFFICE
2006 JAN 17 PM 1:21

December 17, 2005

**COUNTY OF LIBERTY**

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:r
**3 Cherry St, Hinesville GA  Lot 11 Garden Acres S/D, Liberty County, Georgia**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2006.**


IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **17th day of**

**December, 2005,**

Signed, sealed, and delivered in the presence of:

_Marjorie Denis_
**MARJORIE DENIS**

(witness)

**Notary Public**

**My Comm. Expires:**

IN-MAIL DOCUMENT



BOOK ____ PAGE ____

STATE OF GEORGIA 0 1 3 6 9 0 0 1 3 5

FILED
LIBERTY CO. CLERK'S OFFICE
2006 MAR -2 AM 10: 45

**Febraury 10, 2006**

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:r
   **616 South Main St, Hinesville GA .353 Acres Plat I-90/1, Liberty County, Georgia**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **May 30, 2006.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **10th day of**

**February, 2006.**

Signed, sealed, and delivered in the presence of:

_____
**MARJORIE DENIS**

_____
(witness)

_____

Notary Public

My Comm. Exp.

BOOK    PAGE

**01445  00167**

FILED
LIBERTY CO. CLERK'S OFFICE

2007 JAN 22 PM 1:36

RECORDED OF RECORD
POST OFFICE BOX 2037
RICHMOND HILL, GA 31324

STATE OF GEORGIA

December 11, 2006

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**616 So. Main St, Hinesville, GA .353 Acres Plat I-90/1, Liberty County, Georgia**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **11th day of**

**December, 2006.**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE M. DENIS**

F. A. IRWIN
NOTARY
Comm. Exp.
9/08/09
PUBLIC
LIBERTY COUNTY, GA.

E-MAIL DOCUMENT

1

GJ EX3 - 004

BOOK            PAGE                    FILED
                                LIBERTY CO. CLERK'S OFFICE
01467  00176          2007 MAY -9 PM 3: 30

STATE OF GEORGIA

April 23, 2007

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**745 Sharon St,  Hinesville, Liberty county, GA  31313**
SEE EXHIBIT "A" FOR DESCRIPTION OF PROPERTY
(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.
(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first. As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **23rd day of April, 2007**.

Signed, sealed, and delivered in the presence of:

_____                    _____
(witness)                                                          **MARJORIE DENIS**

_____

Notary Public

My Comm. Expires:

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA.

**ROBERT R. COOK**
**ATTORNEY AT LAW**
**POST OFFICE BOX 2037**
**RICHMOND HILL GA 31324**

STATE OF GEORGIA

April 27, 2007

**COUNTY OF LIBERTY**

**SPECIFIC POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**710 Sharon St, Hinesville, Liberty county, GA 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**April, 2007.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____          **MARJORIE DENIS**

Notary Public

My Comm. Expires:

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA

**IN-MAIL DOCUMENT**

BOOK 01469 PAGE 00211

FILED
LIBERTY CO. CLERK'S OFFICE
2007 MAY 21  AM 9: 48

ROBERT R. COOK
ATTORNEY AT LAW
STATE OF GEORGIA     POST OFFICE BOX 2037
RICHMOND HILL GA 31324

April 27, 2007

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**722 Sharon St,  Hinesville, Liberty county, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of April, 2007.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA.

BOOK 01469    PAGE 00231

FILED
LIBERTY CO. CLERK'S OFFICE
2007 MAY 21  AM 9:51

IN-MAIL DOCUMENT

BOOK      PAGE          FILED
                        LIBERTY CO. CLERK'S OFFICE
01473  00602            2007 JUN 11  PM 1:38

STATE OF GEORGIA

May 18, 2007

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**1315 Loblolly Dr,  Hinesville, Liberty county, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **28th day of**

**May, 2007.**

Signed, sealed, and delivered in the presence of:

_____
**MARJORIE DENIS**

_____
(witness)

_____
Notary Public

My Comm. Expires:

*(notary seal: DENNIS R. NOSTRANT, NOTARY PUBLIC, LIBERTY COUNTY, GA., Comm. Exp. 9/06/09)*

E-MAIL DOCUMENT

GJ EX3 - 008

STATE OF GEORGIA

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

September 27, 2007

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**843 Brickyard Rd, Hinesville, GA  31313 Lot 51 Courtland  S/D  Liberty County, GA**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **February 23, 2009**.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**September, 2007.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

IN-MAIL DOCUMENT

GJ EX3 - 009

## ROBERT R. COOK
### ATTORNEY AT LAW
### POST OFFICE BOX 2037
### RICHMOND HILL, GA 31324

STATE OF GEORGIA

November 5, 2007

COUNTY OF LIBERTY

FILED
LIBERTY CO. CLERK'S OFFICE
2007 DEC -4  PM 1: 20

PAGE 00072

BOOK 01505

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

### 1316 Tower Dr. Hinesville, GA  Liberty County, GA 31313

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.
(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.
This power of attorney shall remain effective until **February 23, 2009**.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **5th day of November, 2007**.

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE DENIS**

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/08
PUBLIC
LIBERTY COUNTY, GA.

BOOK    PAGE 68    FILED
01507  00068    LIBERTY CK CLERK'S OFFICE
                ROE... H...... LAW    106
STATE OF GEORGIA    ATTORNEY AT LAW 2007 DEC 17  AM II: 52
                POST OFFICE BOX 2037
                RICHMOND HILL GA 31324

November 28, 2007

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**213 Garden Circle,  Hinesville,  Liberty County, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 31, 2009.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **28th day of**

**November, 2007.**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____    **MARJORIE M. DENIS**
Notary Public

My Comm. Expires:

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA.

**E-MAIL DOCUMENT**

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

**STATE OF GEORGIA**

January 4, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:r
**615 Palmetto Trace, Hinesville GA  Lot 21 Palmetto Trace S/D, Liberty County, Georgia**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2009.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **4th day of January, 2008.**

Signed, sealed, and delivered in the presence of:

_____

_____
(witness)

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

*DENNIS R. NOSTRANT*
*NOTARY*
*Comm. Exp*
*9/06/09*
*PUBLIC*
*LIBERTY COUNTY, GA.*

FILED
LIBERTY CO. CLERK'S OFFICE
2008 JAN 31  PM 1: 23

BOOK  01514  PAGE  00112

GJ EX3 - 012

**ROBERT R. COOK**
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

**STATE OF GEORGIA**

December 27, 2007

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**737 Sharon St, Lot 25 Georgiana Courts S/D,  Hinesville, Liberty county, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**December, 2007.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

STATE OF GEORGIA

January 27, 2008

COUNTY OF LONG

## SPECIFIC POWER OF ATTORNEY

### KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**843 Brickyard Rd., Hinesville, Ga  31313  lot 51 Courtland S/D, Liberty county**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Long County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of January, 2008,**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

My Commission Expires June 5, 2009

_____

**MARJORIE M. DENIS**

LIBERTY CO. CLERK'S OFFICE
FILED
2008 FEB 11 AM 11: 24

PAGE  00678
BOOK  01515

GJ EX3 - 014

BOOK    PAGE    FILED
                LIBERTY CO. CLERK'S OFFICE
01539   00226   2008 JUN 26  PM 1:35
ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL, GA 31324

STATE OF GEORGIA

May 27, 2008

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

745 Sharon St, Lot 27, Georgiana court, Hinesville, Liberty County, Ga  31313

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **27th day of**

**May, 2008.**

Signed, sealed, and delivered in the presence of:

_____                          _____
(witness)                                         **MARJORIE DENIS**

_____
Notary Public                My Commission Expires June 5, 2009

My Comm. Expires:

NP SEAL

1

BOOK        PAGE
01539   0024

STATE OF GEORGIA

FILED
ROBERT H. COOK
LIBERTY CO. CLERK'S OFFICE
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

2008 JUN 26   PM 1: 39

June 4, 2008

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**615 Palmetto Tr, Lot 21, Palmetto Trace S/D, Hinesville, Liberty County, Ga 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **4th day of**

**June, 2008**.

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:      My Commission Expires June 5, 2009

_____
**MARJORIE DENIS**



GJ EX3 - 016

BOOK        PAGE            FILED
                    LIBERTY CO. CLERK'S OFFICE
    0 1 5 4 2  ROBERT R. COOK  2000 JUL 16  AM 8: 59   106
STATE OF GEORGIA        ATTORNEY AT LAW
                POST OFFICE BOX 2037
                RICHMOND HILL GA 31324                June 17, 2008

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:r
**816 Lesa St, Lot 31 Georgian courts S/D, Hinesville, Liberty County, Georgia 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument. The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first. As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2010.**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **17th day of**

**June, 2008.**

Signed, sealed, and delivered in the presence of:

_____                    _____
                                            **MARJORIE DENIS**

_____
(witness)

_____
Notary Public

My Comm. Expires:

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

**STATE OF GEORGIA**

July 7, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**613 Georgia Ave, Lot 77, Olmstead Dr., Hinesville, Liberty County,Georgia   31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **7th day of July, 2008.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

GJ EX3 - 018

ROBERT H. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2097
HINESVILLE, GA

**STATE OF GEORGIA**

September 19, 2008

**COUNTY OF LIBERTY**

BOOK 01557 PAGE 00441

2008 OCT 27 PM 1:16 FILED LIBERTY CO. CLERK'S OFFICE

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**617 Palmetto Trace, Lot 22 Palmetto Trace S/D Liberty County Hinesville, GA 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **19th day of**

**September, 2008**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE DENIS**

My Commission Expires June 5, 2009


NP SEAL

BOOK        PAGE        FILED
LIBERTY CO. CLERK'S OFFICE
01559  00071        2008 NOV -5  AM 11:54  106

STATE OF GEORGIA

Octboer 24, 2008

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**403 Patton Rd, Hinesville, GA  Lot 38, Frasier Acres S/D, Liberty county, Georgia 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confrim all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **24th day of October, 2008.**

Signed, sealed, and delivered in the presence of:

_____        _____
(witness)                                                                **MARJORIE M. DENIS**

_____
Notary Public

My Comm. Expires:

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

**STATE OF GEORGIA**

Octboer 27, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**103 Gause St, Hinesville, GA  Lot, Lying on Gause St, Liberty county, Georgia 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**October, 2008.**

Signed, sealed, and delivered in the presence of:

_Marjory M De_

**MARJORIE M. DENIS**

_____

(witness)

_____

Notary Public

My Comm. Expires:

*Notary seal: JOHN M. ROURIGUEZ / NOTARY PUBLIC / Comm. Exp. 9/10/12 / LIBERTY COUNTY, GA.*

*Margin text (rotated): BOOK 01562 PAGE 00373   2008 DEC -4 AM 10:37   FILED LIBERTY CO. CLERK'S OFFICE*

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL, GA. 31324

**STATE OF GEORGIA**

November 14, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**403 Patton Rd, Lot 3, Fraser Acres, Hinesville, Liberty County, Georgia 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **14th day of November, 2008.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

GERARD C. ROBERTSON
NOTARY PUBLIC
LIBERTY COUNTY, GA.
Comm. Exp.
10/21/12

GJ EX3 - 022

FILED
LIBERTY CO. CLERK'S OFFICE
2008 DEC 16  AM11: 50

BOOK  01563  PAGE  00648

BOOK        PAGE            FILED
                        LIBERTY CO. CLERK'S OFFICE
01566 00270        2009 JAN -6 AM 9: 57 106

STATE OF GEORGIA

December 10, 2008

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:
**103 Gause St, Hinesville, GA  Lot, Lying on Gause St, Liberty county, Georgia 31313**
(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complete the transaction.
**To Borrow $88,000.00 from First Citizens Bank at 6.5%.**
(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument. The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first. As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **10th day of**

**December, 2008.**

Signed, sealed, and delivered in the presence of:

_____        **MARJORIE M. DENIS**

(witness)

Notary Public

My Comm. Expires:

JOHN M. RODRIGUEZ
NOTARY
Comm. Exp.
9/10/12
PUBLIC
LIBERTY COUNTY, GA.

GJ EX3 - 023

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL, GA 31324
STATE OF GEORGIA

BOOK  PAGE
01582  00705

FILED
LIBERTY CO. CLERK'S OFFICE
2009 APR 16 PM 1:45

March 20, 2009

**COUNTY OF LIBERTY**

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS,** a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**930b Live Oak Dr, Lot 15-B Pine Meadows S/D, Liberty County, Hinesville, Georgia 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **20th day of March, 2009,**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE DENIS**

GERARD G. ROBERTSON
NOTARY
Comm. Exp.
10/21/12
PUBLIC
LIBERTY COUNTY, GA.

1

GJ EX3 - 024