| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

# Bank Account Overview
## as of 11/25/15

| # | Bank/account type | Account Name | account signer(s) | Manager | Last Rep.Bal | Account Desc. | last 4 |
|---|---|---|---|---|---|---|---|
| | **Pastor Denis Report Accounts** | | | | | | |
| 1 | Bank of America Checking | R Denis/M Denis I | **R Denis/M Denis** | **Samson** | $460,951.54 | **Actively used (Oloans POA)** | 3618 |
| 2 | Bank of America Checking II | R Denis/M Denis II | **R Denis/M Denis** | **Samson** | $175,214.35 | **Actively used** | 9957 |
| 3 | Bank of America Savings | R Denis/M Denis | **R Denis/M Denis** | **Samson** | $251,666.98 | **Actively used** | 1188 |
| 4 | B B & T Checking | House of Prayer | **R Denis/M Denis** | **Samson** | $144,153.23 | **Moderately used** | 6747 |
| 5 | Suntrust Checking I | Joseph Fryar | **Joseph Fryar** | **Samson** | $700.00 | **Only pays Sis Fryar Navy Federal** | 650 |
| 6 | Suntrust Checking II | Joseph Fryar | **Joseph Fryar** | **Samson** | $20.07 | no longer used since Fryar issue | 1955 |
| 7 | B B & T Checking | Centex Management | **A Oloans** | **Samson** | $97,732.38 | actively used | 3857 |
| 8 | South Georgia Bank | Emanuel Electric | **Darnell Eman/A Oloans** | **Samson** | $9,837.16 | actively used | 2922 |
| 9 | Wells Fargo Checking | Sis Escudero/Bro Nesari | Sis Escudero/Bro Nesari | **Samson** | $11,003.45 | pays Bro/Sis Nesari Navy federal | 8153 |
| 10 | Claxton Bank checking | M Denis | M Denis | **Samson** | $39,772.42 | pays campground payment | 6497 |
| 11 | USAA Savings | R Denis/M Denis | **R Denis/M Denis** | **Samson** | $8,479.64 | was paying 428 Willow Oak | 9824 |
| 12 | S Bank money market | S Bank "Money Market" | M Denis | **Samson** | $15,136.29 | Gause street is auto paid from account | 6042 |
| 13 | Wells Fargo Checking | Wells Fargo "Crown Banking" | R Denis/M Denis | **Samson** | $301,905.41 | actively used | 2210 |
| 14 | Wells Fargo Savings | Wells Fargo "Money Market" | R Denis/M Denis | **Samson** | $221,583.55 | storage account for deposits | 2568 |
| 15 | PNC Checking | PNC Bank | M Denis/G Bellamy | **Samson** | $3,024.66 | **Not Used** | 726 |
| 16 | Midsouth Checking | f/k/a So. Commercial Bank | R Denis/M Denis | **Samson** | $3,500.00 | **Not Used** | 9048 |
| 17 | Key Bank checking | Key Bank Washington | R Denis/M Denis | **Samson** | $2,259.07 | **Not Used** | 1426 |
| 18 | Chase checking | Chase formerly WaMu | R Denis/M Denis | **Samson** | $2,500.43 | **Not Used** | 6997 |
| 19 | Navy Federal Checking | Centurion property manag | A Oloans | **Samson** | $100.00 | **Not Used** | |
| 20 | Ameris checking | Blaine Construct (Ameris Bank) | James Benton | **Samson** | $1,701.22 | pays Bro Benton's Navy Federal | |
| 21 | Wells Fargo Checking | Sis Reese Wells Fargo | Sis Reese | **Samson** | $16,430.24 | storage account only no activity | |
| 22 | Bank of American checking | Centex Management | **A Oloans** | **Samson** | $11,230.79 | pays Mario/Boyd Navy Federal | |
| 23 | Wells Fargo Checking | Matt Mendenhall | **Matt Mendenhall** | **Samson** | $37,082.10 | in process of lowering balance | |
| 24 | BB & T Checking | Independence management | **John Rodriguez** | **Samson** | $56,623.82 | deposit account for Navy Federal | |
| 25 | Suntrust checking | Independence management | **John Rodriguez** | **Samson** | $47,800.00 | deposit account for Navy Federal | |
| 26 | S Bank checking | Independence management | **John Rodriguez** | **Samson** | $100.00 | deposit account for Navy Federal | |
| 27 | BB & T Checking | All American Restoration | **Roscoe Stanley** | **Samson** | $43,518.00 | deposit account for Navy Federal | |
| 28 | Suntrust checking | All American Restoration | **Roscoe Stanley** | **Samson** | $43,518.00 | deposit account for Navy Federal | |
| 29 | Wells Fargo Checking | Centex Management | **A Oloans** | **Samson** | $111,428.00 | deposit account for construction | |
| 30 | Bank of America Checking | David Reip Personal | **David Reip** | **Samson** | $6,540.00 | rarely used only for check deposit | |
| | **Samson Church balance Accounts** | | | | | | |
| 31 | Bank of America Checking | House of Prayer Home Missions | **A Oloans/John Rodriguez** | **Samson** | $10,622.94 | **actively used** | |
| 32 | Bank of America Checking | House of Prayer Local Escrow | **A Oloans/D Nostrant** | **Samson** | $215,185.02 | **actively used** | |
| 33 | S Bank checking | House of Prayer Local Escrow | **A Oloans/D Nostrant** | **Samson** | $18,358.56 | pays Savannah church payment | |
| 34 | United Community Checking | House of Prayer Operations | **D Nostrant** | **Samson** | $51,109.13 | **Pays Spanish Church payment** | |
| 35 | United Community Checking | House of Prayer Building Fund | **A Oloans/D Nostrant** | **Samson** | $10,100.00 | **Takes construction draws** | |
| | **Samson Misc Accounts not on balance reports** | | | | | | |
| 36 | Bank of America Checking | Dennis Nostrant personal | **Dennis Nostrant** | **Samson** | $50.00 | used rarely for check deposits | |

| # | Bank | Account Name | Signers | Controller | Balance | Notes | Extra |
|---|---|---|---|---|---|---|---|
| 37 | Bank of America Checking | Todd Retzlaff Personal | Todd Retzlaff | Samson | $13.00 | no longer used | |
| 38 | Wells Fargo Checking | Jennie/Kevin McColum | Jennie/Kevin McCollum | Samson | $1,300.00 | pays Navy Federal loans | |
| 39 | Geo Vista Checking | Brandon Stone | Brandon Stone | Samson | $857.00 | pays Navy Federal loans | |
| 40 | South Georgia Checking | Ron Molina | Ron Molina | Samson | $662.00 | pays Navy Federal loans | |
| 41 | Wells Fargo Checking | Christopher McGriff | Christopher McGriff | Samson | $1,422.00 | pays Navy Federal loans | |
| 42 | Wells Fargo Checking | Matthew Reese | Matthew Reese | Samson | $0.00 | Not Used | 5480 |
| | | **Bro Nostrant Accounts** | | | | | |
| 43 | Bank of America Checking | House of Prayer World Missions | D Nostrant/G Robertson | Bro Nostrant | $180,000.00 | actively used | |
| | | | John Rodriguez | | ave. balance | | |
| 44 | Bank of America Checking | House of Prayer School accnt | D Nostrant/G Robertson | Bro Nostrant | $97,000.00 | actively used | |
| | | | John Rodriguez | | ave. balance | | |
| 45 | Bank of America Checking | House of Prayer Org GF | D Nostrant/G Robertson | Bro Nostrant | $80,000.00 | actively used | |
| | | | John Rodriguez | | ave. balance | | |
| 46 | Suntrust Checking | House of Prayer Org GF | D Nostrant/J Rodriguez | Bro Nostrant | $80,000.00 | | |
| | | | | | ave. balance | | |
| 47 | Suntrust Checking | House of Prayer Org GF | D Nostrant/J Rodriguez | Bro Nostrant | $87,000.00 | actively used | |
| | | | G Robertson/A Oloans | | ave. balance | | |
| 48 | Wells Fargo Checking | House of Prayer Org GF | Bro Nostrant | Bro Nostrant | $67,000.00 | actively used | |
| | | | | | ave. balance | | |
| 49 | S Bank Checking | House of Prayer Local GF | D Nostrant/J Rodriguez | Bro Nostrant | $5,000.00 | actively used | |
| | | | G Robertson/A Oloans | | ave. balance | | |
| 50 | S Bank Checking | House of Prayer Org GF | D Nostrant/J Rodriguez | Bro Nostrant | $72,000.00 | actively used | |
| | | | G Robertson/A Oloans | | ave. balance | | |
| 51 | S Bank Checking | House of Prayer Sunday School | D Nostrant/J Rodriguez | Bro Nostrant | $8,000.00 | actively used | |
| | | | A Oloans | | ave. balance | | |
| 52 | Bank of America Checking | Oak Forest Account | D Nostrant/A Oloans | Bro Nostrant | $3,000.00 | one transaction per month | |
| | | | | | ave. balance | | |
| 53 | Suntrust Checking | First Horizon Account | D Nostrant/Roscoe | Bro Nostrant | $3,000.00 | actively used | |
| | | | | | ave. balance | | |
| 54 | Suntrust Checking | Centex Account | D Nostrant/J Rodrguez | Bro Nostrant | $20,000.00 | actively used | |
| | | | | | ave. balance | | |
| 55 | Wells Fargo Checking | Joseph Fryar Accounts | Joseph Fryar | Bro Nostrant | $800.00 | used to pay Whippoorwill Way | |
| | | | | | ave. balance | | |
| 56 | S Bank Checking | JT Enterprise | D Nostrant/J Rodrguez | Bro Nostrant | $1,000.00 | dormant account | |
| | | | J Fryar/A Oloans | | ave. balance | | |
| 57 | S Bank Checking | Centex Account | D Nostrant/J Rodrguez | Bro Nostrant | $1,500.00 | Uses locally to depost checks | |
| | | | A Oloans | | ave. balance | | |
| | | **Bro Labat's Accounts** | | | | | |
| 58 | Suntrust Checking | House of Prayer Seminary | D Nostrant/J Rodrguez | Bro Labat | $50,000.00 | actively used | |
| | | Hinesville Account | Bro Labat | | ave. balance | | |
| 59 | Bank of America Checking | House of Prayer | Bro Schmidtke/Bro Labat | Bro Labat | $10,000.00 | actively used | |
| | | Fayetteville Account | Todd Retzlaff | | ave. balance | | |
| 60 | Bank of America Checking | House of Prayer | Bro Pilkington/Bro Labat | Bro Labat | $10,000.00 | actively used | |
| | | Killeen Account | Bro Bercini | | ave. balance | | |

| 61 | Chase Bank Checking | House of Prayer Tacoma Account | **Bro Barnes/Bro Labat** | **Bro Labat** | **$10,000.00** ave. balance | actively used | |