UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-00062 |
| | ) | |
| ANTHONY OLOANS | ) | |

### DEFENDANT ANTHONY OLOANS' MOTION FOR EXTENSION OF TIME TO SEEK REVIEW OF HIS DETENTION ORDER

COMES NOW Anthony Oloans, by and through his undersigned counsel, and respectfully requests that he be allowed until November 3, 2025, to file a motion to revoke his detention order pursuant to 18 U.S.C. § 3145(b). In support of this request, Mr. Oloans submits the following:

#### Background

On September 10, 2025, Mr. Oloans was arrested pursuant to a grand jury arrest warrant issued in connection with the indictment in this case. (Doc. 3). Mr. Oloans had his initial appearance in this case on September 11, 2025, and his arraignment on September 18, 2025. (Docs. 22 & 47). Mr. Oloans' detention hearing was also conducted on September 18, 2005. (Doc. 47.) On September 30, 2025, Magistrate Judge Epps entered an order for detention. (Doc. 72).

#### Analysis

18 U.S.C. § 3145(b) allows a person detained by a United States magistrate

1

judge to challenge their detention by filing a motion with the district judge, but § 3145(b) does not set a deadline by which such a motion must be filed. In contrast, Federal Rule of Criminal Procedure 59(a) requires that any objection to a magistrate judge's order on a non-dispositive motion that was referred to them by the district judge must be filed within 14 days.

There does not appear to be any authority to support the proposition that Rule 59(a)'s 14-day time limit for objecting to a magistrate judge's order on a non-dispositive referred motion also applies to motions challenging detention under § 3145(b). Nevertheless, out of an abundance of caution, Mr. Oloans respectfully requests that he be allowed until November 3, 2025, to file a motion to revoke his detention order pursuant to 18 U.S.C. § 3145(b).

Counsel for Mr. Oloans has conferred with Assistant United States Attorney Patricia Rhodes, who does not oppose this request.

Respectfully submitted this 3rd day of October, 2025.

/s/ Scott R. Grubman
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN, LLP
1834 Independence Sq.
Atlanta, GA  30338
Telephone: (404) 233-4171
Fax:  (404) 261-2842
sgrubman@cglawfirm.com
Counsel for Mr. Oloans

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 3rd day of October, 2025.

/s/ *Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN, LLP
1834 Independence Sq.
Atlanta, GA  30338
Telephone: (404) 233-4171
Fax:  (404) 261-2842
sgrubman@cglawfirm.com
Counsel for Mr. Oloans