UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-00062 |
| | ) | |
| ANTHONY OLOANS | ) | |

## DEFENDANT OLOANS' RESPONSE TO MOTION TO DESIGNATE CASE AS COMPLEX

COMES NOW Anthony Oloans, by and through his undersigned counsel, and consents to the Government's request to designate this case as complex. (Doc. 9).

Respectfully submitted this 8th day of October, 2025.

/s/ Scott R. Grubman
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN, LLP
1834 Independence Sq.
Atlanta, GA  30338
Telephone: (404) 233-4171
Fax:  (404) 261-2842
sgrubman@cglawfirm.com
Counsel for Mr. Oloans

1

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 8th day of October, 2025.

/s/  *Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN, LLP
1834 Independence Sq.
Atlanta, GA  30338
Telephone: (404) 233-4171
Fax:  (404) 261-2842
sgrubman@cglawfirm.com
Counsel for Mr. Oloans
