**UNITED STATES DISTRICT COURT**
**SOUTERHN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Case No. 1:25CR62 |
| ) | |
| **ANTHONY S. OLOANS** ) | |
| **Defendant** ) | |

**ENTRY OF APPEARANCE**

COMES NOW, William Joseph Turner, and hereby enters his appearance as attorney of record for the above-named Defendant, ANTHONY S. OLOANS, in the matter herein. A copy of this Entry of Appearance has been served upon the U.S. Attorney's Office in accordance with the Court's CM/ECF system.

Respectfully submitted this 10TH day of October, 2025.

/s/ W. Joseph Turner
W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
7 E. Congress Street
Suite 611-B
Savannah, GA 31401
T: (912) 226-7662
F: (912) 226-7664