UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 1:25CR62 |
| ) | |
| ANTHONY S. OLOANS ) | |
| Defendant ) | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS THE MOTION TO REVOKE THE MAGISTRATE JUDGE'S DETENTION ORDER AND REQUEST FOR IMMEDIATE RELEASE

COMES NOW ANTHONY S. OLOANS, Defendant in the above-styled matter, and through his attorney of record hereby files this DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS THE MOTION TO REVOKE THE MAGISTRATE'S DETENTION ORDER AND REQUEST FOR IMMEDIATE RELEASE, showing this Honorable Court as follows:

In their Response, the Government argues that Defendant has failed to comply with Local Rule 12(f) that requires that every factual assertion in a motion be supported by citation to the record or exhibits attached to the motion. Contrary to the Government's assertion, Defendant has complied with Rule 12(f). Throughout his Motion, Defendant refers specifically to Document 72, which is the Magistrate's Order of Detention. This certainly satisfies the requirements of Rule 12(f). Any additional argument that is made by the Defendant is based on future testimony and exhibits that will be offered by Defendant at a Detention Hearing that this Court conducts based on its ability to review the Magistrate's Order using a *de novo* standard. To assert that all of the evidence that Defendant can and will use at a future hearing is present in the record now is a false assertion that seeks to limit Defendant's ability to provide additional

evidence at a future hearing. Defendant is certainly entitled to do that, and the Government offers no authority in its Response to support its baseless assertion that Defendant would be prevented from doing so.

THEREFORE, Defendant respectfully requests that this Honorable Court either grant his Motion to Revoke or set this matter down for an evidentiary hearing in the near future. If the Court requires additional citation to the record, then Defendant would respectfully request that the Court grant him an extension of at least 30 days to do so, as the transcript of the Detention Hearing will need to be prepared before the Defendant is able to cite anything more fully from the initial Hearing before the Magistrate.

Respectfully submitted this 20th day of November, 2025.

/s/ W. Joseph Turner
W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664

## CERTIFICATE OF SERVICE

I hereby certify that this day I have served counsel for all parties with a copy of the foregoing pleading by filing through the CM/ECF system.

This __20th__ day of __November__, 2025.

_/s/ W. Joseph Turner_
W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664