**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 1:25cr062; 4:25cr110 | **DATE:** December 15, 2025 |
| **UNITED STATES OF AMERICA** | **TIMES:** 10:37 - 11:10 |
| **V.** | |
| Anthony Oloans; Bernadel Junior Semexant | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay J. Capps |
| **Court Reporter:** FTR | **Law Clerk:** |
| **Probation Officer:** ------- | **Security:** CSO Lewis; USMS Cabrera |

**Attorney for Government:** Patricia Rhodes, Frank Pennington, Sherri Stephan

**Attorney for Defendant(s):** William Joseph Turner for Mr. Oloans and Mr. Semexant

**PROCEEDINGS:** Garcia Hearing

☑ All parties present and ready to proceed

| | |
|---|---|
| **Witness for the Govt:** | ☐ Witness sworn |
| **Witness for the Govt:** | ☐ Witness sworn |
| **Witness for the Govt:** | ☐ Witness sworn |
| **Witness for the Govt:** | ☐ Witness sworn |
| **Witness for the Deft:** | ☐ Witness sworn |
| **Witness for the Deft:** | ☐ Witness sworn |

**NOTES:**

After a lengthy Garcia hearing, both defendants acknowledged their rights to conflict-free counsel and despite any potential conflicts of interest decided to continue in their retention of Mr. Turner. If the government believes an extraordinary conflict exists that would require the Court to terminate Mr. Turner's representation the government shall explain as much in a brief to be filed on or before December 22, 2025.