# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   Case No.:  1:25-CR-62 |
| | ) |
| **ANTHONY OLOANS** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER ON DEFENDANT'S MOTION FOR NEW DETENTION HEARING
### (DOC. 144)

After careful consideration, the Court **DENYS** the Defendant's Motion For a New Detention hearing.

**SO ORDERED**, this ____ day of January, 2026.

_____
HONORABLE BRAIN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA