**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          CASE NO.:  1:25-cr-00062
                                   )
ANTHONY S. OLOANS,                 )
                                   )
          Defendant.               )

## APPLICATION FOR LEAVE OF COURT

COMES NOW W. Joseph Turner, counsel for the defendant Anthony S. Oloans, pursuant to Local Rule 83.9 and requests the Court grant the undersigned a leave of absence from this Court for the dates of September 25, 2026 through October 2, 2026 for the purpose of a trip out of state for family vacation.

Applicant shows that the leave of absence requested will not interfere with any proceeding presently scheduled. Applicant further shows that notice is hereby being given to all counsel of record pursuant to Local Rule 83.9. Accordingly, the undersigned respectfully requests that his Application for Leave of Court be granted. A proposed Order is being submitted herewith as an Exhibit.

Respectfully submitted this __3rd__ day of __August__, 2026.

/s/ *W. Joseph Turner*

W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662

F: (912) 226-7664
joey@turner-firm.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with

the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result

of electronic filing.

This   3rd   day of    August   , 2026.

/s/ *W. Joseph Turner*

W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605


The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664
joey@tuner-firm.com