**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

UNITED STATES OF AMERICA    )
    )
    )
    )
v.    )    CR125-062
    )
ANTHONY S. OLEANS    )

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Joseph Turner** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Joseph Turner** be granted leave of absence for the following periods: September 25, 2026 through October 2, 2026.

**SO ORDERED**, this the ___3rd___ day of August, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA