# GEORGIA DEATH CERTIFICATE

State File Number 2026GA000023109

1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last): MAJORIE M ROBERTSON
1a. IF FEMALE, ENTER LAST NAME AT BIRTH: ROBERTSON
2. SEX: FEMALE
2a. DATE OF DEATH (Mo., Day, Year): ACTUAL DATE OF DEATH 03/31/2026

3. SOCIAL SECURITY NUMBER:
4a. AGE (Years): 59
4b. UNDER 1 YEAR: Mos. / Days
4c. UNDER 1 DAY: Hours / Mins.
5. DATE OF BIRTH (Mo., Day, Year): 12/[redacted]/1966

6. BIRTHPLACE: MISSOURI
7a. RESIDENCE - STATE: GEORGIA
7b. COUNTY: COLUMBIA
7c. CITY, TOWN: EVANS

7d. STREET AND NUMBER: 1065 WILLIAMSBURG WAY APT 2321
7e. ZIP CODE: 30809
7f. INSIDE CITY LIMITS?: NO
8. ARMED FORCES?: NO

8a USUAL OCCUPATION: REGISTERED NURSE
8b. KIND OF INDUSTRY OR BUSINESS: NURSING

9. MARITAL STATUS: DIVORCED
10. SPOUSE NAME:
11. FATHER'S FULL NAME (First, Middle, Last): MAJOR JOHNSON

12. MOTHER'S MAIDEN NAME (First, Middle, Last): ARDER ROBERTSON
13a. INFORMANT'S NAME (First, Middle, Last): MARIAH DENIS
13b. RELATIONSHIP TO DECEDENT: DAUGHTER

13c. MAILING ADDRESS: 1065 WILLIAMSBURG WAY APT 2321 EVANS GEORGIA 30809
14. DECEDENT'S EDUCATION: BACHELOR'S DEGREE

15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino): NO, NOT SPANISH/HISPANIC/LATINO
16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify): Other- SLAVIC ROMANIAN

17a. IF DEATH OCCURRED IN HOSPITAL: INPATIENT
17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify):

18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.): PIEDMONT AUGUSTA HOSPITAL
19. CITY, TOWN or LOCATION OF DEATH: AUGUSTA
20. COUNTY OF DEATH: RICHMOND

21. METHOD OF DISPOSITION (specify): BURIAL
22. PLACE OF DISPOSITION: MOUNT PLEASANT MEMORIAL GARDENS 1308 MATHIS FERRY ROAD MOUNT PLEASANT SOUTH CAROLINA 29464
23. DISPOSITION DATE (Mo., Day, Year): 04/15/2026

24a. EMBALMER'S NAME: JAMIE RUSSELL SHELLEY
24b. EMBALMER LICENSE NO.: 4476
25. FUNERAL HOME NAME: THOMAS POTEET AND SON FUNERAL DIRECTORS

25a. FUNERAL HOME ADDRESS: 214 DAVIS ROAD AUGUSTA GEORGIA 30907

26a. SIGNATURE OF FUNERAL DIRECTOR: LUCAS DYLAN TEAGUE
26b. FUN. DIR. LICENSE NO: 5323
AMENDMENTS

27. DATE PRONOUNCED DEAD (Mo., Day, Year): 03/31/2026
28. HOUR PRONOUNCED DEAD: 18:02 MILITARY

29a. PRONOUNCER'S NAME: FAYQUETTA GRAY
29b. LICENSE NUMBER:
29c. DATE SIGNED: 03/31/2026

30. TIME OF DEATH: 18:02 MILITARY
31. WAS CASE REFERRED TO MEDICAL EXAMINER: NO

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest. Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | | Approximate interval between onset and death |
|---|---|---|
| A. | ACUTE RESPIRATORY FAILURE | 5 MINUTES |
| B. | Due to, or as a consequence of METASTATIC BREAST CANCER | GREATER THAN 1 DAY |
| C. | Due to, or as a consequence of | |
| D. | Due to, or as a consequence of | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. *If female, indicate if pregnant or birth occurred within 90 days of death.*
PERITONEAL CARCINOMATOSIS; ASCITES; ACUTE METABOLIC HEPATIC ENCEPHALOPATHY
33. WAS AUTOPSY PERFORMED?: NO
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

35. TOBACCO USE CONTRIBUTED TO DEATH: NO
36. IF FEMALE (range 10-54) PREGNANT: NOT PREGNANT WITHIN THE PAST YEAR
37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify): NATURAL

38. DATE OF INJURY (Mo., Day, Year):
39. TIME OF INJURY:
40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify):
41. INJURY AT WORK? (Yes or No)

42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)

43. DESCRIBE HOW INJURY OCCURRED
44. IF TRANSPORTATION INJURY

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated Medical Certifier (Name, Title, License No.): CHRISTOPHER MCELROY, MD, 039865
46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

45a. DATE SIGNED (Mo., Day, Year): 04/08/2026
45b. HOUR OF DEATH: 18:02 MILITARY
46a. DATE SIGNED (Mo., Day, Year):
46b. HOUR OF DEATH:

47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: CHRISTOPHER MCELROY 465 N. BELAIR RD EVANS GEORGIA 30809

48. REGISTRAR (Signature): /S/ CYNTHIA M. BUSKEY
49. DATE FILED - REGISTRAR (Mo. Day, Year): 04/09/2026

Form 3903 (Rev. 04/2012). GEORGIA DEPARTMENT OF PUBLIC HEALTH