**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No. 1:25CR62** |
| | ) | |
| **ANTHONY S. OLOANS** | ) | |
| **Defendant** | ) | |

## DEFENDANT'S MOTION TO CHANGE VENUE

COMES NOW ANTHONY S. OLOANS, Defendant in the above-styled matter, and through his attorney of record hereby files this DEFENDANT'S MOTION TO CHANGE VENUE, showing this Honorable Court as follows:

## BACKGROUND

On September 10, 2025, Defendant was arrested on the basis of a grand jury arrest warrant issued in connection with the Indictment in this case (Doc. 3). The thirty-nine page, twenty-six count Indictment charges this Defendant with Conspiracy to Commit Bank Fraud in Count One and Bank Fraud in Counts Two and Three. All of the acts that the Defendant allegedly committed either took place in Hinesville, Georgia or affected Hinesville residents/properties. Because there are closer divisions to Hinesville within the Southern District than the Augusta Division, venue in Augusta is improper in this case.

## ARGUMENT

Although the alleged criminal activity in the Indictment took place in the Southern District of Georgia, the Augusta Division of the Southern District is not the proper venue for a trial of this case. The Federal Rules of Criminal Procedure, specifically Rule 18, state that the Court must set the place of trial within the district with due regard for the convenience of the

defendant, any victim, and the witnesses, and the prompt administration of justice. Rule 18. In the Indictment, every alleged defendant (with the exception of Rony Denis) is listed as a Hinesville, Georgia resident. None of the co-defendants has any significant ties with the Augusta area, and it is not alleged in the Indictment that any of the criminal activity took place there. With respect to Count One, which charges Conspiracy to Commit Bank Fraud, all the properties that are mentioned to show the actions of the conspiracy are in Hinesville: 808 Spanish Oak Drive (Hinesville), 1374 Forest Lake Drive (Hinesville), 707 Madison Drive (Hinesville), 801 Krebbs Lane (Hinesville), and 1480 Flo Zechman Drive (Hinesville). Counts Two and Three likewise deal with Bank Fraud involving Hinesville properties. Therefore, because there is no strong link between any of the co-defendants and their having committed crimes in the Augusta area, the Augusta Division is an improper venue.

Furthermore, having the trial of this case in the Augusta Division (as opposed to the Savannah Division or any other division of the Southern District of Georgia that is much closer to Hinesville) is very inconvenient for the Defendant. The drive time from where the fraud allegedly occurred to the federal courthouse where it is being prosecuted is over two hours and thirty minutes! This is not convenient for the Defendant, any witnesses, or victims, who would necessarily all be tied to the Hinesville area. Therefore, the case should be moved out of the Augusta Division.

It should also be noted that there has been significant media attention given to this case in the Augusta area, and therefore the Defendant's rights to a fair and impartial jury are jeopardized by holding the trial in Augusta. The arrest of Rony Denis and the FBI raid of his Martinez house was covered extensively by the media in Augusta (especially by Augusta's WRDW station), and it has been the "talk of the town." This media attention has inflamed that community and

prevents the Defendant from having a fair trial in the Augusta Division. By contrast, the arrest and prosecution of the Defendant and his co-defendants has much less media attention in the Hinesville and Savannah areas, and the Savannah Division would provide a larger possible pool of prospective jurors that have no prior knowledge of this case than the Augusta Division would. It therefore is fairer to all involved to hold this trial in the Savannah Division, or in some division closer to Hinesville, where the alleged activity occurred and where all the witnesses/victims and the Defendant are located.

## CONCLUSION

THEREFORE, the Defendant respectfully requests that this Court grant his Motion and change the venue of this case out of the Augusta Division, preferably to the Savannah Division of the Southern District of Georgia.

Respectfully submitted this 30th day of September, 2026.

/s/ *W. Joseph Turner*
W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664

**CERTIFICATE OF SERVICE**

I hereby certify that this day I have served counsel for all parties with a copy of the foregoing pleading by filing through the CM/ECF system.

This 30th day of September, 2026.

/s/ *W. Joseph Turner*
W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664